# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 25 2018

David J. Bradley, Clerk of Court

**18 CR - 46**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| CUNNIE RAY DICKERSON | § | SEALED |
|     aka "Q" | § | |
|     aka "QUNNIE" | § | |
| ERIC VICTOR ARAUZA | § | |
| AUBREY ANTWIONNE CANADY | § | |
| DOMMONICK LARON ANDREWS | § | |
| DEVON DELANCE TODD | § | |
| ANTONIO MARKEITH WARD | § | |
| TERRANCE DEANDRE JACKSON | § | |
| JAY MEEKUS PARKS | § | |

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

### (Conspiracy to Possess With Intent to Distribute Cocaine)

Between on or about January 1, 2014 and continuing until on or about the date of this

Indictment, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**Defendants,**

**CUNNIE RAY DICKERSON,**
**aka "Q,"**
**aka "QUNNIE,"**
**ERIC VICTOR ARAUZA,**
**AUBREY ANTWIONNE CANADY,**
**DOMMONICK LARON ANDREWS,**
**DEVON DELANCE TODD,**
**ANTONIO MARKEITH WARD,**
**TERRANCE DEANDRE JACKSON,**
**and**
**JAY MEEKUS PARKS**

1

did knowingly and intentionally conspire and agree with at least one other person to possess with intent to distribute at least 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

**(Possession With Intent to Distribute Controlled Substance)**

On or about September 20, 2016, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**CUNNIE RAY DICKERSON,**
**aka "Q,"**
**aka "QUNNIE,"**

did knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a quantity of 5 kilograms or more, that is approximately 6 kilograms, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

3

## COUNT THREE

**(Possession With Intent to Distribute Controlled Substance)**

On or about February 4, 2017, in the Southern District of Texas and elsewhere within the

jurisdiction of the Court, **Defendant,**

**CUNNIE RAY DICKERSON,**
**aka "Q,"**
**aka "QUNNIE,"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  This

violation involved a quantity of 500 grams or more, that is approximately 2 kilograms, of a mixture

or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and

Title 18, United States Code, Section 2.

4

## COUNT FOUR

### (Possession With Intent to Distribute Controlled Substance)

On or about June 12, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**CUNNIE RAY DICKERSON,**
aka "Q,"
aka "QUNNIE,"
**ERIC VICTOR ARAUZA,**
**DOMMONICK LARON ANDREWS,**
and
**DEVON DELANCE TODD,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more, that is approximately 1 kilogram, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

5

## COUNT FIVE

**(Possession With Intent to Distribute Controlled Substance)**

On or about July 12, 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**CUNNIE RAY DICKERSON,**
aka "Q,"
aka "QUNNIE,"
**ERIC VICTOR ARAUZA,**
**ANTONIO MARKEITH WARD,**
**TERRANCE DEANDRE JACKSON,**
**and**
**JAY MEEKUS PARKS**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms or more, that is approximately 8 kilograms, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

CASEY N. MACDONALD
Assistant United States Attorney

6